UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JOHN LEE McMILLEN

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Friday, October 30, 2009, at 11:00 a.m., in Courtroom A-1002.**

    Dated:  September 28, 2009.